___ FILED X LODGED
___ RECEIVED ___ COPY
AUG 2 8 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 0 8 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| STATE OF ARIZONA, ET AL., Plaintiffs, vs. CREDIT SUISSE FIRST BOSTON CORP., ET AL. Defendants. | No: CV-03-1618-PHX-JWS<br><br>**~~[PROPOSED]~~ ORDER REGARDING SERVICE OF FIRST AMENDED COMPLAINT AND TIME FOR RESPONSES THERETO** |

Pursuant to the Stipulation and agreement of the parties and good cause appearing therefore,

IT IS ORDERED that Defendant The Beacon Group III – Focus Value Fund, L.P. (the "Beacon Fund") is deemed to have waived service of the First Amended Complaint as of the date of Stipulation, and that The Beacon Fund shall have up to and including September 24, 2003, in which to answer or otherwise respond to the First Amended Complaint. All defenses, including lack of personal jurisdiction, are expressly preserved.

Dated: Sept 3, 2003.

HONORABLE JOHN W. SEDWICK
United States District Court Judge

35