X FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 09 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

September 5, 2003

RE CIV 03-[redacted] PHX JWS
State of Arizona v. Credit Suisse First Boston Corp, et al

Dear Clerk,

I have just recused from further participation in this case, because I own stock in one of the parties. Please forward the attached chambers copies and orders for signature to the newly assigned judge and route all future such to the new judge.

Thank you.

JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE

36

cc: DGC w/chambers copies
CM

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA
## OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U S COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U S COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A DECONCINI U S COURTHOUSE
405 W CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

September 9, 2003

RE: REASSIGNMENT OF JUDGE IN CV-03-1618-PHX-JWS

/X/ Pursuant to Local Rule 1.2, the matter listed above has been reassigned by lot to Judge **David G. Campbell**. All future pleadings in this matter should now list the following complete case number:

**CV-03-1618-PHX-DGC**

// The case listed above has been reassigned to Judge per order attached. All future pleadings in this matter should now list the following complete case number:

**PLEASE CHANGE YOUR RECORDS ACCORDINGLY.**

RICHARD H. WEARE, CLERK/DCE

By: C. Monkan
C. Monkan, Deputy Clerk