X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 1 8 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., Plaintiff, vs. Credit Suisse First Boston Corp., et al.,, Defendant. | No. CIV 03-1618 PHX DGC- **ORDER** |

I hereby recuse myself from any further action in the above-captioned matter.

IT IS ORDERED this case be reassigned, by lot, to another Judge in the District of Arizona.

IT IS FURTHER ORDERED that this matter has been reassigned by random lot to the Honorable Frederick J. Martone. All future pleadings and papers submitted for filing shall bear the following complete case number: CIV 03-1618-PHX-FJM.

DATED this 15th day of September, 2003.

David G. Campbell
United States District Judge

44