X FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 03 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

STATE OF ARIZONA, et al,

Plaintiffs,

vs.

CREDIT SUISSE FIRST BOSTON, et al.,

Defendants.

No. CV-03-1618-PHX-FJM

**ORDER**

The court has before it the defendant Deloitte & Touche's motion to stay all proceedings (doc 42) and plaintiffs' opposition. Also before the court is the defendant Credit Suisse's motion to stay all proceedings (doc. 56) and plaintiffs' opposition.

Pending before Judge Silver is plaintiffs' motion to transfer this case to her under Local Rule 1.2(g)(1) (doc. 155). Meanwhile, the parties have lodged with the court a stipulation to stay this proceeding pending a decision by the MDL Panel on a motion for transfer and coordination or consolidation (doc. 81). Attached to that stipulation was the order of Judge Silver granting the motion to stay in the lead *City of Chandler* case.

Under these circumstances, IT IS ORDERED staying proceedings in this case pending Judge Silver's resolution of plaintiffs' motion to transfer this case to her, or until December 1, 2003, whichever first occurs. We DENY Deloitte & Touche's motion to stay (doc. 42) and

115

Credit Suisse's motion to stay (doc. 56).

DATED this 30 day of October, 2003.

Frederick J. Martone
United States District Judge