X FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 1 2003

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., Plaintiffs, vs. Credit Suisse First Boston LLC, et al., Defendants | NO. CV 03 1618 PHX FJM<br>~~[PROPOSED]~~<br>**ORDER EXTENDING TIME FOR DEFENDANT CREDIT SUISSE FIRST BOSTON LLC TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br>(Assigned to the Honorable Frederick J. Martone) |

Based upon the parties' stipulation and good cause appearing,

IT IS HEREBY ORDERED that Defendant Credit Suisse First Boston LLC shall have an extension of time to answer or move with respect to the Complaint in this lawsuit

until ~~a reasonable time~~ 30 days after entry of an order by the MDL Panel regarding the treatment of this lawsuit as a tag-along action, or until Jan. 15, 2004, whichever first occurs.

Dated this 26 day of November, 2003.

The Hon. Frederick J. Martone